798 A.2d 1274

**Warren BATTLE, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 45 MAP 2002.**

Supreme Court of Pennsylvania.

June 13, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of June, 2002, the Amended Add On to the Original Appeal Action, treated as an Application to Amend Appeal Notice, is granted. Probable jurisdiction is noted and the order appealed is affirmed.